## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Heydi De La Cruz and Victor A. Rodriguez, | ) ) **Civil Action No. 2:24-CV-00605** |
| Claimants | ) ) **Motion Day: April 1, 2024** |
| -against- | ) ) **NOTICE OF** |
| | ) **MOTION TO DISMISS** |
| CrossCountry Mortgage, LLC, Nationstar Mortgage, LLC and Government National Mortgage Association, | ) ) **ORAL ARGUMENT** ) **REQUESTED IF OPPOSED** ) |
| Respondents. | |

TO:  Heydi de la Cruz
      680 Elm Avenue
      Ridgefield, NJ 07657
      Email: lullabylanellc@gmail.com
      *Pro Se* Claimant

Victor A. Rodriguez
680 Elm Avenue
Ridgefield, NJ 07657
Email: victorrodriguez91@hotmail.com
*Pro Se* Claimant

Brian Gilbert, Esq.
McCalla Raymer Leibert Pierce, LLC
485 Route 1 South, Building F
Suite 300
Iselin, NJ 08830
*Attorneys for Respondents Nationstar Mortgage LLC and Government National Mortgage Association*

**PLEASE TAKE NOTICE** that on April 1, 2024, or as soon as thereafter as counsel may be heard, the undersigned attorneys for Respondent CrossCountry Mortgage, LLC "CCM") shall move before the United States District Court for the District of New Jersey, Honorable Evelyn Padin, U.S.D.J. at the Martin Luther King

Building & U.S. Courthouse, Courtroom 4C, 50 Walnut Street, Newark, New Jersey 07101, for an Order granting CCM's Motion to Dismiss (the "Motion") made pursuant to Fed. R. Civ. P. 8(a), 9(b), 12(b)(1) and 12(b)(6) the "Claim for Breach of Fiduciary Duty, Breach of Contract dated February 1, 2024 (the "Complaint") filed by Claimants Heydi de la Cruz and Victor A. Rodriguez (collectively, "Claimants").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, CCM shall rely on the accompanying Memorandum of Law and Declaration of Alan F. Kaufman with exhibits. A proposed form of Order is also accompanying herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only in the event that the Motion is opposed.

Dated:  March 8, 2024        NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  /s/ Alan F Kaufman
     Alan F. Kaufman
     Lisa A. Herbert

330 Madison Avenue, 27th Floor
New York, NY 10017
Tel. (212) 413-9000
Email:  alan.kaufman@nelsonmullins.com
Email:  lisa.herbert@nelsonmullins.com
*Attorneys for Respondent*
*CrossCountry Mortgage, LLC*